UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**LESLIE C. CHUIRAZZI**,

                      3:14-cv-02012-CL

          Plaintiff,

v.                       ORDER GRANTING PLAINTIFF'S
                             MOTION TO DISMISS HER CLAIM

**COMMISSIONER OF SOCIAL SECURITY**,

          Defendant.

Comes now this Court and having reviewed Plaintiff's Motion and the Declaration of Richard F. McGinty, finding Plaintiff's Motion is not opposed, further finds that Plaintiff's Motion is well taken and grants Plaintiff's Motion to Dissmiss Her Claim.

Dated the 22 day of August 2015.

IT IS SO ORDERED.

                                                  United States Magistrate Judge

Page -1- ORDER